# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2011

142894

Robert P. Young, Jr.,
*Chief Justice*

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
*Justices*

KEITH YOHN,
        Plaintiff-Appellant,

v

UNIVERSITY OF MICHIGAN REGENTS,
JULIA DONOVAN DARLOW, LAURENCE
B. DEITECH, OLIVIA P. MAYNARD,
REBECCA McGOWAN, ANDREA FISCHER
NEWMAN, ANDREW C. RICHTER, S. MARTIN
TAYLOR, KATHERINE E. WHITE, PETER J.
POLVERINI, PAUL H. KREBSBACH, and
MARK D. SNYDER,
        Defendants-Appellees.

SC: 142894
COA: 294135
Ct of Claims: 08-000109-MZ

_____/

      On order of the Court, the application for leave to appeal the March 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. On its own motion, the Court concludes that the plaintiff-appellant's application for leave to appeal is frivolous. As a sanction, the plaintiff-appellant is ordered to pay the Clerk of this Court $1,000 within 28 days of the date of this order.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2011

*Corbin R. Davis*
Clerk

t0927